E-FILED: 06/29/2016

JS-6

# UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL D. CONES,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, DEPUTY DETECTIVE GRANT ROTH, DEPUTY DETECTIVE ARMANDO AREVALO, SHERIFF LEROY D. BACA, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-08281 PSG (PLAx)<br><br>X[Proposed] JUDGMENT IN A CIVIL ACTION |

Trial in the matter of *Cones v. County of Los Angeles, et al.* commenced on June 7, 2016. This action was tried by a jury with Judge Philip S. Gutierrez presiding. On June 16, 2016, the jury rendered a verdict in favor of Defendants. In accordance with the jury's verdict,

THE COURT HAS ORDERED THAT the Plaintiff recover nothing, the action be dismissed on the merits, and the Defendants, COUNTY OF LOS ANGELES, DEPUTY DETECTIVE GRANT ROTH, DEPUTY DETECTIVE

ARMANDO AREVALO and SHERIFF LEROY D. BACA recover costs from Plaintiff MICHAEL D. CONES.

Dated: 06/29/2016

PHILIP S. GUTIERREZ

~~Signature of Clerk or Deputy Clerk~~

Philip S. Gutierrez, U.S. District Judge

2 | [Proposed] JUDGMENT IN A CIVIL ACTION